# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **Case No.  8:11-cr-97-T-30TGW**

**THOMAS MATTHEW HAY**
_____/

# ORDER

This cause came on for consideration without oral argument upon Defendant's Motion to Suppress (Dkt. 26) and the United States of America's Response in Opposition (Dkt. 27). The Court, having considered the motion, response, and being otherwise advised in the premises, concludes that it should be denied.

On January 24, 2011, Detective Joshua M. Snyder of the Plant City Police Department, supported by affidavit, requested a search warrant from the Honorable Christine K. Vogel in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.  Judge Vogel serves as a county court judge for Hillsborough County. Judge Vogel was authorized by administrative order signed by the Chief Judge of the Circuit to handle Circuit Court matters in the place of East Division circuit judges.

The sole basis for Defendant's motion to suppress is his contention that Judge Vogel did not have the power to issue the state search warrant under the administrative order. Defendant argues that, given Judge Vogel's lack of authority to issue the warrant in this case, the warrant is void *ab initio*.  Defendant also argues that the administrative order is

unconstitutional.  The Court disagrees.  As the United States points out, Fla. Stat. §933.01 states that "[a] search warrant authorized by law may be issued by *any* judge."  (emphasis added).  And Florida case law supports the conclusion that "any judge" includes a county judge.  *See State ex rel. Wilson v. Quigg*, 17 So. 2d 697 (Fla. 1944); *U.S. v. Martin*, 2011 WL 722969 (M.D. Fla. Feb. 7, 2011).

Accordingly, whether Judge Vogel was hearing matters in the place of East Division circuit judges is irrelevant to the issue of whether she had the authority to issue the warrant and the Court need not discuss the constitutionality of the administrative order.

Given the Court's conclusion that Judge Vogel was authorized to issue the search warrant, the Court need not determine whether the good faith exception to the exclusionary rule applies under the facts of this case.

It is therefore ORDERED and ADJUDGED that  Defendant's Motion to Suppress (Dkt. 26) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on June 15, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cr-97.mtsuppress26.frm